IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MOZHDEH EBRAHIMI, KAMYAB SAGHAFIBANAFSHEVARAGH,<br><br>PLAINTIFFS,<br><br>v.<br><br>ANTONY J. BLINKEN, SECRETARY OF THE DEPARTMENT OF STATE, U.S. DEPARTMENT OF STATE, EXECUTIVE AGENCY, JEFFRY L FLAKE, AMBASSADOR, U.S. CONSULATE ANKARA, TURKEY,<br><br>DEFENDANTS. | Civil Action No.<br><br>1:24-cv-02445-TWT |

ORDER

Having read and considered Defendants' Unopposed Motion for Enlargement of Time to file a responsive pleading to Complaint for Writ of Mandamus and for good cause shown, it is hereby ORDERED that Defendants shall be granted an extension of time to file a responsive pleading to Complaint for Writ of Mandamus through and including October 4, 2024.

So ordered, this __18th__ day of July, 2024.

_____
Honorable Thomas W. Thrash, Jr.
United States District Judge